# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY DAVIS, | Case No. 3:25-cv-00147-ART-CLB |
| Plaintiff, | **ORDER GRANTING** |
| v. | STIPULATION TO DISMISS WITH PREJUDICE |
| MIKKA ETCHEBERRY, *et al.*, | |
| Defendants. | |

Plaintiff, Rodney Davis, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Jamie S. Hendrickson, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 2nd day of December 2025.

By: R. R.
Rodney Davis (NDOC #76740)
*Plaintiff, Pro Se*

DATED: 12-2-25

DATED this 2nd day of December 2025.
AARON D. FORD
Attorney General

By: /s/ *Jamie S. Hendrickson*
Jamie S. Hendrickson (Bar No. 12770)
Senior Deputy Attorney General
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Anne R. Traum
United States District Judge

DATED: January 7, 2026